UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 | CIVIL ACTION NO: |
| Plaintiff | COMPLAINT |
| vs. | RE:<br>380 Wotton Mill Road a/k/a Wottons Mill Road, Warren, ME 04864 |
| Michael T. Kelley and Diane E. Kelley | Mortgage:<br>July 15, 2005<br>Book 3462, Page 168<br>Knox County Registry of Deeds |
| Defendants<br>Ford Motor Credit Company LLC<br>Internal Revenue Service | |
| Party-In-Interest | |

NOW COMES the Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Michael T. Kelley and Diane E. Kelley, as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, in which the Defendants, Diane E. Kelley and Michael T. Kelley, are the obligor and the total amount owed under the terms of the Note is Three Hundred Seven Thousand Seven Hundred Ninety-Eight and 56/100 ($307,798.56) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 is a corporation with its principal place of business located at 240 Greenwich Street, New York, NY 10286.

5. The Defendant, Diane E. Kelley, is a resident of Warren, County of Knox and State of Maine.

6. The Defendant, Michael T. Kelley, is a resident of Warren, County of Knox and State of Maine.

7. The Party-in-Interest, Ford Motor Credit Company, LLC, is located at c/o CT Corporation System, 128 State Street, #3, Augusta, ME 04330.

8. The Party-in-Interest, Internal Revenue Service, is located at C/O Office of the U.S. Attorney General 100 Middle St, East Tower, 6th Floor. Portland, ME. 04101.

## FACTS

9. On May 3, 1999, by virtue of a Warranty Deed from Michael A. Parent and Doreen A. Parent, which is recorded in the Knox County Registry of Deeds in **Book 2354, Page 262**, the property situated at 380 Wotton Mill Road a/k/a Wottons Mill Road, City/Town of Warren, County of Knox, and State of Maine, was conveyed to Michael T. Kelley and Diane E. Kelley, being more particularly described by the attached Exhibit A.

10. On July 15, 2005, Defendants, Diane E. Kelley and Michael T. Kelley, executed and delivered to Primary Residential Mortgage Inc. a certain Note under seal in the amount of $176,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

11. To secure said Note, on July 15, 2005, Defendants, Diane E. Kelley and Michael T. Kelley executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Primary Residential Mortgage, Inc., securing the property located at 380 Wotton Mill Road a/k/a Wottons Mill Road, Warren, ME 04864 which Mortgage Deed is recorded in the Knox County Registry of Deeds in **Book 3462**, **Page 168**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Bank of New York as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-11 by virtue of an Assignment of Mortgage dated March 11, 2008 and recorded in the Knox County Registry of Deeds in **Book 3986**, **Page 8**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was further assigned to. The Bank of New York as Trustee for the Certificate holders CWABS, Inc. Asset backed Certificate series 2005-11.by virtue of a Ratification of Assignment dated March 23, 2016 and recorded in the Knox County Registry of Deeds in **Book 5028**, **Page 197**. *See* Exhibit E (a true and correct copy of the Ratification of Assignment is attached hereto and incorporated herein).

14. The Mortgage was further assigned to The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 by virtue of a Quitclaim Assignment dated June 22, 2021 and recorded in the Knox County Registry of Deeds in **Book 5750**, **Page 211**. *See* Exhibit F (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

15. On December 27, 2013, the Defendants, Diane E. Kelley and Michael T. Kelley, executed a Home Affordable Modification Agreement which increased the principal amount of the Note to $244,980.76 (herein after referred to as the "2013 Loan Modification"). *See* Exhibit G (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

16. On January 12, 2018, the Defendants, Diane E. Kelley and Michael T. Kelley, executed a Home Affordable Modification Agreement which increased the principal amount of the Note to $275,028.33 (herein after referred to as the "2018 Loan Modification"). *See* Exhibit H (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

17. On September 7, 2021, the Defendants, Michael T. Kelley and Diane E. Kelley, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit I (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

18. The Demand Letter informed the Defendants, Michael T. Kelley and Diane E. Kelley, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit I.

19. The Defendants, Michael T. Kelley and Diane E. Kelley, failed to cure the default prior to the expiration of the Demand Letter.

20. The Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

21. The Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, is the lawful holder and owner of the Note and Mortgage.

22. The Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

23. Internal Revenue Service is a Party-in-Interest pursuant to a Writ of Tax Lien in the amount of $4,145.38 dated October 26, 2010, and recorded in the Knox County Registry of Deeds in **Book 4305**, **Page 85** and is in second position behind Plaintiff's Mortgage.

24. Ford Motor Credit Company LLC is a Party-in-Interest pursuant to a Writ of Execution in the amount of $8,091.05 dated October 14, 2010, and recorded in the Knox County Registry of Deeds in **Book 4333**, **Page 31** and is in third position behind Plaintiff's Mortgage.

25. The total debt owed under the Note and Mortgage as of November 8, 2021 is Three Hundred Seven Thousand Seven Hundred Ninety-Eight and 56/100 ($307,798.56) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $273,350.30 |
| Interest | $20,513.80 |
| Legal Fees | $10,386.68 |
| Total Advances | $3,502.37 |
| Interest on Advances | $45.41 |
| Grand Total | $307,798.56 |

26. Upon information and belief, the Defendants, Michael T. Kelley and Diane E. Kelley, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

27. The Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, repeats and re-alleges paragraphs 1 through 27 as if fully set forth herein.

28. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 380 Wotton Mill Road a/k/a Wottons Mill Road, Warren, County of Knox, and State of Maine. *See* Exhibit A.

29. The Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, is the holder of the Note referenced in Paragraph 11 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, The Bank of New

York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, has the right to foreclosure and sale upon the subject property.

30. The Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, is the current owner and investor of the aforesaid Mortgage and Note.

31. The Defendants, Diane E. Kelley and Michael T. Kelley, are presently in default on said Mortgage and Note, having failed to make the monthly payment due November 1, 2018, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

32. The total debt owed under the Note and Mortgage as of November 8, 2021 is Three Hundred Seven Thousand Seven Hundred Ninety-Eight and 56/100 ($307,798.56) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $273,350.30 |
| Interest | $20,513.80 |
| Legal Fees | $10,386.68 |
| Total Advances | $3,502.37 |
| Interest on Advances | $45.41 |
| Grand Total | $307,798.56 |

33. The record established through the Knox County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

34. By virtue of the Defendants, Diane E. Kelley and Michael T. Kelley's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

35. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, Michael T. Kelley and Diane E. Kelley, on August 30, 2021, evidenced by the Certificate of Mailing. *See* Exhibit I.

36. The Defendants, Michael T. Kelley and Diane E. Kelley, are not in the Military as evidenced by the attached Exhibit J.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322.

b) Grant possession to the Plaintiff, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, upon the expiration of the period of redemption;

c) Find that the Defendants, Diane E. Kelley and Michael T. Kelley, are in breach of the Note by failing to make payment due as of November 1, 2018, and all subsequent payments.

d) Find that the Defendants, Diane E. Kelley and Michael T. Kelley, entered into a contract for a sum certain in exchange for a security interest in the subject property;

e) Find that it was the intent of the Defendants, Diane E. Kelley and Michael T. Kelley, and the original lender, Primary Residential Mortgage Inc., on July 15, 2005 to create a mortgage on the property commonly known as and numbered as 380 Wotton Mill Road a/k/a Wottons Mill Road, Warren, ME 04864;

f) Impose the applicable time periods for redemption, etc., as reflected in 14 M.R.S.A. § 6322;

g) Find that while the Defendants, Diane E. Kelley and Michael T. Kelley, have no personal liability in this matter, a Judgment of Foreclosure and Sale in this matter can be imposed *in*

*rem* against the property commonly known as and numbered as 380 Wotton Mill Road a/k/a Wottons Mill Road, Warren, ME 04864;

h) For such other and further relief as this Honorable Court deems just and equitable.

        Respectfully Submitted,
        The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11,
        By its attorneys,

Dated: January 11, 2022

        /s/Reneau J. Longoria, Esq.
        Reneau J. Longoria, Esq., Bar No. 5746
        Attorney for Plaintiff
        Doonan, Graves & Longoria, LLC
        100 Cummings Center, Suite 303C
        Beverly, MA 01915
        (978) 921-2670
        RJL@dgandl.com