

# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,  
New York & New Hampshire  
Hours: Monday - Friday 9 am - 4 pm  
www.dgandl.com

100 Cummings Center, Suite 303C  
Beverly, Massachusetts 01915  
TEL: (978) 921-2670  
FAX: (978) 921-4870

August 30, 2021

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

Diane E. Kelley  
380 Wottons Mill Road  
Warren, ME 04864

Certified Article Number  
9414 7266 9904 2150 8769 74  
SENDER'S RECORD

Diane E. Kelley  
2894 Atlantic Hwy  
Warren, ME 04864

Certified Article Number  
9414 7266 9904 2150 8769 67  
SENDER'S RECORD

Michael T. Kelley  
380 Wottons Mill Road  
Warren, ME 04864

Certified Article Number  
9414 7266 9904 2150 8769 50  
SENDER'S RECORD

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**  
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re: Property Address:   380 Wottons Mill Road, Warren, ME 04864  
Loan Number:  
Payment Due Date:   November 1, 2018

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 and the Owner/Investor, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Primary Residential Mortgage, Inc. its successors and

EXHIBIT  
I

assigns (if MERs) dated July 15, 2005 and recorded in the Knox County Registry of Deeds in Book 3462, Page 168. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $34,819.16 |
| Late Charges | $111.87 |

**TOTAL TO CURE DEFAULT:**   $34,931.03

A portion of the amount due is reasonable interest in the amount of $19,107.45.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $34,931.03 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
The Bank of New York Mellon as Trustee for
CWABS, Inc. Asset-Backed Certificates,
Series 2005-11

by its attorney

Reneau J. Longoria, Esq.

MNK

cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56603

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

```
Agency Name: MAINE STATE HOUSING AUTHORITY
       Phone: 207-626-4670
   Toll Free: 800-452-4668
         Fax: 207-626-4678
       Email: mdrost@mainehousing.org
     Address: 353 Water Street
              AUGUSTA, Maine 04330-4665
Counseling Services: - Pre-purchase Counseling
                     - Rental Housing Counseling
   Languages: - English
 Affiliation:
     Website: www.mainehousing.org
   Agency ID: 81227
```

```
Agency Name: MAINE STATE HOUSING AUTHORITY
       Phone: 207-626-4670
   Toll Free:
         Fax:
       Email: mdrost@mainehousing.org
     Address: 353 Water St
              Augusta, Maine 04330-6113
Counseling Services: - Pre-purchase Counseling
                     - Rental Housing Counseling
   Languages: - English
 Affiliation: MAINE STATE HOUSING AUTHORITY
     Website: http://www.mainehousing.org
   Agency ID: 84456
```

```
Agency Name: PENQUIS COMMUNITY ACTION PROGRAM
       Phone: 207-974-2403
   Toll Free: 888-424-0151
         Fax: 207-973-3699
       Email: hmassow@penquis.org
     Address: 262 Harlow Street
              BANGOR, Maine 04401-4952
Counseling Services: - Financial, Budgeting, and Credit Workshops
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
   Languages: - English
 Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
     Website: http://www.penquis.org
   Agency ID: 81649
```

```
Agency Name: MIDCOAST MAINE COMMUNITY ACTION
       Phone: 207-442-7963-0114
   Toll Free: 800-221-2221
         Fax: 207-442-0122
       Email: theresa.dow@mmcacorp.org
     Address: 34 Wing Farm Pkwy
              Bath, Maine 04530-1515
Counseling Services: - Financial Management/Budget Counseling
                     - Rental Housing Counseling
                     - Services for Homeless Counseling
   Languages: - English
              - Spanish
 Affiliation:
     Website: http://midcoastmainecommunityaction.org
   Agency ID: 80502
```

```
Agency Name: COASTAL ENTERPRISES, INCORPORATED
       Phone: 207-504-5900
   Toll Free: 877-340-2649
         Fax:
       Email: jason.thomas@ceimaine.org
     Address: 30 Federal Street
              Suite 100
              BRUNSWICK, Maine 04011-1510
```

```
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Reverse Mortgage Counseling
                     - Services for Homeless Counseling
          Languages: - English
                     - Spanish
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: http://www.ceimaine.org
          Agency ID: 80985
```

```
        Agency Name: FOUR DIRECTIONS DEVELOPMENT CORPORATION
              Phone: 207-866-6545
          Toll Free:
                Fax: 207-866-6553
              Email: accounting@fourdirectionsmaine.org
            Address: 20 Godfrey Drive
                     ORONO, Maine 04473-3610
Counseling Services: - Financial Management/Budget Counseling
                     - Financial, Budgeting, and Credit Workshops
                     - Home Improvement and Rehabilitation Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
          Languages: - English
         Affiliation: MAINE STATE HOUSING AUTHORITY
            Website: www.fourdirectionsmaine.org
          Agency ID: 83879
```

```
        Agency Name: AVESTA HOUSING DEVELOPMENT CORPORATION
              Phone: 207-553-7780-3347
          Toll Free: 800-339-6516
                Fax: 207-553-7778
              Email: ndigeronimo@avestahousing.org
            Address: 307 Cumberland Avenue
                     PORTLAND, Maine 04101-4920
Counseling Services: - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
                     - Rental Housing Workshops
          Languages: - English
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: www.avestahousing.org
          Agency ID: 81144
```

```
        Agency Name: MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
              Phone: 866-232-9080
          Toll Free: 866-232-9080
                Fax: 866-921-5129
              Email: counselinginfo@moneymanagement.org
            Address: 477 Congress St
                     5th Floor
                     PORTLAND, Maine 04101-3427
Counseling Services: - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
          Languages: - English
                     - Spanish
         Affiliation: MONEY MANAGEMENT INTERNATIONAL INC.
            Website: http://www.moneymanagement.org
          Agency ID: 82632
```

```
      Agency Name: PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
            Phone: 207-797-7890
        Toll Free:
              Fax:
            Email: crwaganje@prosperityme.org
          Address: 62 Elm St Ste 2
                   Portland, Maine 04101-3092
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Financial, Budgeting, and Credit Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Rental Housing Counseling
        Languages: - English
                   - French
                   - Other
                   - Swahili
       Affiliation: MAINE STATE HOUSING AUTHORITY
          Website: http://prosperityme.org/
        Agency ID: 80649

      Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC.
            Phone: 207-764-3721
        Toll Free:
              Fax:
            Email: N/A
          Address: 771 Main St
                   Presque Isle, Maine 04769-2201
Counseling Services: - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
        Languages: - English
       Affiliation: MAINE STATE HOUSING AUTHORITY
          Website: http://www.acap-me.org
        Agency ID: 83641

      Agency Name: YORK COUNTY COMMUNITY ACTION AGENCY
            Phone: 207-459-2903
        Toll Free:
              Fax: 207-490-5026
            Email: Meaghan.Arzberger@yccac.org
          Address: 6 Spruce Street
                   SANFORD, Maine 04073-2917
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Services for Homeless Counseling
        Languages: - English
       Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
          Website: http://www.yccac.org
        Agency ID: 81150

      Agency Name: COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
            Phone: 207-333-6419
        Toll Free:
              Fax: 207-795-4069
            Email: homequest@community-concepts.org
          Address: 17 Market Sq
                   South Paris, Maine 04281-1533
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
        Languages: - English
       Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
          Website: www.community-concepts.org
        Agency ID: 81580
```

Page 4 of 4

```
       Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
             Phone: 800-542-8227
         Toll Free:
               Fax:
             Email: N/A
           Address: 97 Water St
                    Waterville, Maine 04901-6339
Counseling Services: - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
         Languages: - English
        Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
           Website: http://www.kvcap.org
         Agency ID: 81685
```





# WALZ
## Certified Mail Automation

**Walz Certified Mailer™ form #45663**
Version E0119

Used with WCM Plus™ software

Reorder forms online at:
**www.walzpostal.com**

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

**For a better, faster and easier way!**

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

**Other WALZ Solutions:**
CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

Label 1: Recipient address label
Label 2: Recipient address or optional sender address label
Label 3: Sender address label
Label 4: Sender's record of the Certified Mail Article Number
Label 5: Sender address label or Charge Back information
Label 6: Return Receipt Barcode (for sender's record)
Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



FRONT



BACK

USPS TRACKING #



9590 9266 9904 2150 8769 77

**United States Postal Service®**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address and ZIP+4® below ●

**DOONAN GRAVES & LONGORIA LLC
100 CUMMINGS CENTER STE 225D
BEVERLY MA 01915-6104**





# WALZ
## Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E0119

Used with WCM Plus™ software

Reorder forms online at:
www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

Other WALZ Solutions:
CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

Label 1: Recipient address label
Label 2: Recipient address or optional sender address label
Label 3: Sender address label
Label 4: Sender's record of the Certified Mail Article Number
Label 5: Sender address label or Charge Back information
Label 6: Return Receipt Barcode (for sender's record)
Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



FRONT



BACK

USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9266 9904 2150 8769 60

United States Postal Service®

● Sender: Please print your name, address and ZIP+4® below ●



DOONAN GRAVES & LONGORIA LLC
100 CUMMINGS CENTER STE 225D
BEVERLY MA 01915-6104

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF





# WALZ
## Certified Mail Automation

**Walz Certified Mailer™ form #45663**
Version E0119

Used with WCM Plus™ software

Reorder forms online at:
**www.walzpostal.com**

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

**For a better, faster and easier way!**

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

**Other WALZ Solutions:**
CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



FRONT



BACK



USPS TRACKING #

9590 9266 9904 2150 8769 53

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●



**DOONAN GRAVES & LONGORIA LLC**
**100 CUMMINGS CENTER STE 225D**
**BEVERLY MA 01915-6104**

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, September 9, 2021 9:49 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Diane
Consumer Middle Initial/Middle Name: E.
Consumer Last name:Kelley
Consumer Suffix:
Property Address line 1:380 Wottons Mill Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Warren
Property Address State:
Property Address zip code:04864
Property Address County:Knox

-----
Notification Details
-----

Date notice was mailed:9/7/2021
Amount needed to cure the default:34931.03 Consumer Address line 1:380 Wottons Mill Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Warren
Consumer Address State:ME
Consumer Address zip code:04864

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, September 9, 2021 9:52 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Diane
Consumer Middle Initial/Middle Name: E.
Consumer Last name:Kelley
Consumer Suffix:
Property Address line 1:380 Wottons Mill Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Warren
Property Address State:
Property Address zip code:04864
Property Address County:Knox

-----
Notification Details
-----

Date notice was mailed:9/7/2021
Amount needed to cure the default:34931.03 Consumer Address line 1:2894 Atlantic Hwy Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Warren
Consumer Address State:ME
Consumer Address zip code:04864

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, September 9, 2021 9:54 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-11 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:
Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Michael
Consumer Middle Initial/Middle Name: T.
Consumer Last name:Kelley
Consumer Suffix:
Property Address line 1:380 Wottons Mill Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Warren
Property Address State:
Property Address zip code:04864
Property Address County:Knox

-----
Notification Details
-----

Date notice was mailed:9/7/2021
Amount needed to cure the default:34931.03 Consumer Address line 1:380 Wottons Mill Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Warren
Consumer Address State:ME
Consumer Address zip code:04864

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.